# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

TV Tokyo Corporation

           Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A

           Defendant.

Case No.: 1:24−cv−07209

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to file under seal [12] and motion to file excess pages [13] are granted. Plaintiff's ex parte motion for entry of a temporary restraining order (etc.) [14] is also granted. Enter Sealed Ex Parte Temporary Restraining Order. Preliminary injunction hearing is set for 8/29/2024 at 8:50 AM. The following call−in number will be used for the hearing: 650−479−3207, access code 980−394−33. Any motion for preliminary injunction or motion to extend the TRO must be filed by 8/26/2024. Any motion for preliminary injunction filed in this case must be accompanied by a certificate stating upon whom and how the motion has been served. In addition plaintiff is advised that it should promptly accomplish electronic service of summons on the defendants and not wait until too close to the preliminary injunction hearing to do so. The Court may deny entry of a preliminary injunction if there is an insufficient interval between service and the motion hearing to allow the defendants a fair opportunity to respond. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.